UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            :
CRESTMARK ,                           :
                  Plaintiff,  :
            :  22 Civ. 2253 (LGS)
       -against-           :
            :  **ORDER**
EILLIEN LORENA CABRERA      :
DELANDESTOY., et al.,          :
               Defendants.  :
            :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 22, 2022, the Court granted Plaintiff's Temporary Restraining Order ("TRO") and issued an order to show cause for why a preliminary injunction should not issue. (Dkt. No. 14.)

      WHEREAS, on March 25, 2022, the Court issued an amended order to show cause for why a preliminary injunction should not issue. (Dkt. No. 20.)

      WHEREAS, on April 21, 2022, Defendant Cabrera Delandestoy filed a letter "tak[ing] no position as the relief being sought is directed solely at [Defendant] AY-AY Telco Management Services, LLC." (Dkt. No. 30.)

      WHEREAS, Defendant AY-AY Telco Management Services, LLC ("AY-AY Telco") did not file any opposition and did not appear at the April 27, 2022, show cause hearing. It is hereby

      **ORDERED** that, for the reasons outlined in the Court's March 22, 2022, Order granting the TRO (Dkt. No. 14), Plaintiff's motion for a preliminary injunction is **GRANTED**. It is further

**ORDERED** that Defendant AY-AY Telco shall not access, or otherwise move, interfere or dissipate the $6,164,777.47 withdrawn from Teleescrow Account 175306471, specifically belonging to Crestmark. It is further

**ORDERED** that, by **May 3, 2022**, Plaintiff shall serve a copy of this Order on Defendants AY-AY Telco and Eillien Loren Cabrera DeLandestoy and shall file an affidavit of service on ECF.

Dated: April 28, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**