```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  CRESTMARK ,                                               :
                                Plaintiff,                  :
                                                            :       22 Civ. 2253 (LGS)
                -against-                                   :
                                                            :            ORDER
  EILLIEN LORENA CABRERA                                    :
  DELANDESTOY., et al.,                                     :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pre-trial conference is scheduled for June 29, 2022, at 4:10 p.m. (Dkt. No. 43.)

WHEREAS, on June 20, 2022, Plaintiff filed a stipulation of voluntary dismissal of Defendant Cabrera Delandestoy (Dkt. No. 46), which the Court so-ordered on June 23, 2022 (Dkt. No. 47).

WHEREAS, the remaining defendant, Defendant AY-AY Telco Management Services, LLC, has not yet appeared. It is hereby

**ORDERED** that the June 29, 2022, conference is **ADJOURNED sine die**. It is further

**ORDERED** that, by **July 15, 2022**, Plaintiff shall file any motion for default judgment materials pursuant to Attachment A of this Court's Individual Rules.

Dated: June 28, 2022
      New York, New York

                                                            LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE